FRANK S. HEDIN, ESQ.
ARUN G. RAVINDRAN, ESQ.
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

ROSHAN D. SHAH, ESQ.
ERIN DONEGAN, ESQ.
**ANDERSON & SHAH, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Plaintiff Zachary Williams and the Putative Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| ZACHARY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>BEACH TRADING CO., INC. D/B/A BUYDIG,<br><br>　　　Defendant. | Hon. Evelyn Padin, U.S.D.J.<br><br>Civil Action No. 23-141 (EP-JBC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff Zachary Williams, individually and on behalf of all others similarly situated, hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A) of the voluntary dismissal without prejudice of the above-captioned action.

SO ORDERED

　　s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 3/21/2023

- 1 -

Dated:  March 21, 2023

Respectfully submitted,

By:  */s/ Roshan D. Shah*
     Roshan D. Shah

Roshan D. Shah
rshah@andersonshahlaw.com
Erin Donegan
edonegan@andersonshahlaw.com
ANDERSON & SHAH, LLC
ATTORNEYS AT LAW
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: 732-398-6545
Facsimile: 732-576-0027

Frank S. Hedin*
fhedin@hedinhall.com
Arun G. Ravindran*
aravindran@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone:    + 1 (305) 357-2107
Facsimile:    + 1 (305) 200-8801

*Counsel for Plaintiff and the Putative Class*